Certificate Number: 17082-PAM-DE-037133605

Bankruptcy Case Number: 22-02498


17082-PAM-DE-037133605

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on <u>January 25, 2023</u>, at <u>12:32</u> o'clock <u>PM MST</u>, <u>SCOTT D KOCH Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 25, 2023</u>  By: <u>/s/Orsolya K Lazar</u>

Name: <u>Orsolya K Lazar</u>

Title: <u>Executive Director</u>