**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                          CASE NO. 1:22-bk-02498-HWV

    **Scott David Koch, JR**

        Debtor (s)            Chapter 13

## CERTIFICATE OF SERVICE

    I, Dawn M. Cutaia, of Fresh Start Law, PLLC, hereby certify that on **5/4/2023**, a true and correct copy of the foregoing **ORDER CONFIRMING CHAPTER 13 PLAN** was served by first-class mail, postage prepaid on the following parties:

**MAILING MATRIX ATTACHED AS EXHIBIT**

Respectfully Submitted:

/s/ Dawn M. Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404